# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Appeal of Peter Saldan  :
:
From the Decision of the Board  :  No. 2131 C.D. 2016
of License and Inspection Review  :  Argued: October 19, 2017
:
Appeal of: City of Philadelphia  :

BEFORE:  HONORABLE MARY HANNAH LEAVITT, President Judge
HONORABLE ROBERT SIMPSON, Judge
HONORABLE BONNIE BRIGANCE LEADBETTER, Senior Judge

OPINION NOT REPORTED

MEMORANDUM OPINION
BY JUDGE SIMPSON                     FILED: December 8, 2017

The City of Philadelphia (City) appeals the order of the Philadelphia County Court of Common Pleas (trial court)[1] reversing the City's Board of License and Inspection Review (Board) decision revoking Peter Saldan's (Saldan) concealed carry firearms license. The City argues the Board's revocation was in accordance with Section 6109 of the Pennsylvania Uniform Firearms Act, 18 Pa. C.S. §6109.

Saldan, and his companion Eric McCrane (Licensees), who are represented by the same counsel, were involved in the same incident that resulted in revocation of their licenses. The Board held a consolidated hearing on the appeals, issuing a single decision. Although the trial court did not formally consolidate Licensees' appeals from the Board's decision, it addressed both appeals in one order. The City briefed the same issues in each appeal, and Licensees' responsive briefs are virtually identical. Thus, we heard argument on Licensees' appeals *seriately*.

---

[1] The Honorable Linda J. Carpenter presided.

Accordingly, we incorporate the background and legal discussion set forth in our opinion the companion appeal, In re Appeal of McCrane (Pa. Cmwlth., No. 1749 C.D. 2016, filed December 8, 2017). Based on our decision in McCrane, we affirm the trial court's order reversing the Board's decision revoking Saldan's firearms license.

ROBERT SIMPSON, Judge


Senior Judge Leadbetter dissents.

## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Appeal of Peter Saldan   :
             :
From the Decision of the Board  :  No. 2131 C.D. 2016
of License and Inspection Review :
             :
Appeal of: City of Philadelphia  :

## **O R D E R**

**AND NOW**, this 8th day of December, 2017, the order of the Philadelphia County Court of Common Pleas is **AFFIRMED**, and Peter Saldan's firearms license is **REINSTATED**.

         <u>         </u>
         ROBERT SIMPSON, Judge